**HONOR AMERICA CAPITAL LLC**
1626 K Street, NW
Washington, DC 20016

February 27th, 2025

**Francois Besse**
Chemin d'Eysins 47
1260 Nyon, Switzerland

**Subject: Confirmation of Full Funding Commitment, Pre-Allocation of Shares & Closing Date**

Dear Mr. Besse,

I write on behalf of Honor America Capital LLC to inform you that we are ready to proceed to closing and confirm that we have secured a full funding commitment from His Highness Sheikh Tamim bin Hamad Al Thani, Emir of the State of Qatar, ensuring that the necessary financial resources are in place to consummate the purchase of the shares of HERMES INTERNATIONAL, as set forth in the Agreement dated February 10, 2025, which modifies the Memorandum of Understanding dated November 24, 2024 (the "MOU"). Given this secured commitment, we emphasize that time is of the essence in proceeding to closing.

We acknowledge that you, Francois Besse, are the duly authorized attorney and representative of the Seller, Nicolas Puech, pursuant to the Agreement dated February 10, 2025, acting under the power of attorney dated September 25, 2024.

As expressly required under Section 4(a) of the Agreement, the Sellers have confirmed that the Shares will be available at the time of Closing. In reliance on this representation, Honor America Capital LLC is proceeding with the Closing on March 3, 2025, as previously suggested by the Sellers.

Furthermore, as required under Section 5(b) of the Agreement, please note that Honor America Capital LLC is purchasing the shares with a view to distribution in a transaction exempt from registration under the Securities Act of 1933. To this end, we have already pre-allocated 85% of the shares to on-purchasers who are not located in the United States, and these transactions will be executed outside the United States immediately upon delivery of the shares at Closing. Given these arrangements and the commitments set forth in the governing agreements, we request that you confirm the Closing Date of March 3, 2025, as previously indicated.

We look forward to completing this transaction in accordance with the agreed-upon terms. Should you require any further clarifications, do not hesitate to reach out.

Sincerely,


**Abdulla MISHAL H. KH. AL-THANI**
**Chairman**
Honor America Capital LLC