**HONOR AMERICA CAPITAL LLC**
1626 K Street, NW
Washington, DC 20016

March 3rd, 2025

**Francois Besse**
Chemin d'Eysins 47
1260 Nyon, Switzerland

**Subject: Acknowledgment of Correspondence & Rescheduling of Closing**

Dear Mr. Besse,

I hope this letter finds you well.

On behalf of **Honor America Capital LLC**, I would like to acknowledge receipt of your letter regarding the inability of the Seller, **Mr. Nicolas Puech**, to proceed with the closing as originally scheduled. We appreciate your communication on this matter and understand the necessity of rescheduling the closing in accordance with your proposed timeline. In this regard, we agree to the revised schedule suggested in your letter and remain committed to ensuring a smooth and efficient completion of the transaction.

We thank you for your cooperation and look forward to working together to bring this matter to a successful conclusion. Please do not hesitate to reach out should you require any further information or assistance from our side.

Sincerely,

**Abdulla MISHAL H. KH. AL-THANI**
**Chairman**
Honor America Capital LLC