

# BESSELEGAL
## AVOCATS - ATTORNEYS-AT-LAW

François BESSE
Docteur en droit
Avocat au Barreau
francois.besse@besselegal.com

HONOR AMERICA CAPITAL LLC
1626 K. Street, NW
Washington DC 20016
United States of America

Nyon, March, 19th, 2025
FB/vf 1311

**Closing Nicolas Puech**

Dear Sir,

I hope this letter finds you well. I am writing to you in my capacity as counsel for Mr. Nicolas Puech (the "Seller") regarding the ongoing transaction involving the sale of Mr. Puech's 6,08,615 Hermes International shares to Honor America Capital LLC, which is referenced in the Agreement signed on February 10, 2025 (the "Agreement").

As you are aware, the closing of this transaction was twice delayed and eventually scheduled to take place on March 14, 2025. However, it has become clear that despite our best and repeated efforts, the seller, my client, was unable to retrieve the shares held by Lombard Odier, the custodian bank.

As a result of these developments, I regret to inform you that my client will not deliver the 6,082,615 Shares at the closing, as previously agreed. Furthermore, we have reached the conclusion that it is futile to reschedule this closing.

Please feel free to reach out if you have any questions or require further information.

Sincerely yours

François Besse

47, chemin d'Eysins - CP 2325 - CH 1260 Nyon 2
Tel + 41 22 365 25 35   Fax + 41 22 362 38 43
info@besselegal.com    www.besselegal.com